# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT

ALLEN ROBERT JOHNSON®
    Plaintiff

v.

Judge Elliot Howsie
District Attorney Steven Zappalla
Allegheny County Clerk of Courts
Superintendent Melinda Adams
    Defendants

**CIVIL ACTION**

2:25 cv 1532

15BL/BSC
#3
Paid

## EXTRAORDINARY WRIT OF HABEAS CORPUS

*NOW COMES,* Allen Robert Johnson®, in Admirality moving this Court to Honor the Constitutional Rights guaranteed under Admirality.

**FILED**
**OCT 06 2025**
**CLERK U.S. DISTRICT COURT**
**WEST DIST OF PENNSYLVANIA**

## JURISDICTION

This Court has exclusive Subject-Matter Jurisdiction pursuant to the Admirality Clause; *United States Constitution Article III, § 2. cl. 1.*

## STATEMENT OF FACTS

1. The law provides that every person has the right to defend his life. The concept of uninalienable rights is fondamental to Equity and a good Judge prefers Equity and fairness to strict law *(judex secundum aequum et bonum judicat, el arquitatem stricto juri praefort)*. Plaintiff did file a **"Actual Notice of Cause of Action by Allen Robert Johnson. My Perfected Admirality Lien and Life Estate and Deed."** Consequently, a Cause of Action constitutes a right and it's violations. The Admirality Lien was recorded

1

on the record at Washington County Courthouse Pennsylvania and *"Certified"* from the record on June 17th 2019. The Admirality Lien establishes Plaintiffs *"Superior Claim"*; see Exhibit "A".

2. Plaintiff was not aware he was remotely apart and/or involved with a International Maritime Contract. The Defendants filed a complaint making a **CLAIM** against the Plaintiff. However, in the Jurisdiction of Adimirality you can not make a **CLAIM** unless you bond your **CLAIM**.

3. Plaintiff puts forward that there was no meeting of the minds and/or verbal or written contract when defendants initiated a filing of a *Bid Bond*, *Performance Bond*, and *Payment Bond*, and *"Equity does not aid a Volunteer."* Defendants knowingly and willfully filed these bonds, and Plaintiff had no knowledge he had to discharge a CLAIM or he would be dishonoring the court, whereas *"Equity will not suffer a wrong without a remedy."* Plaintiff did not consent or sign off on any International Maritme Contract which would bear his wet ink signature and denies the contract exist. Defendants actions have resulted in manifest injustice, warrenting Equtitable intervention by this Court, due to *"Equity requires diligence, clean hands and good faith."*

## **PRAYER FOR RELIEF**

*WHEREFORE*, Plaintiff respectfully prays that this court:

A. Declare that Plaintiffs Constitutional and Equitable rights were violated by Defendants

B. Grant Equitable relief, including but not limited to, vacating any adverse findings or judgements resulting from the unconstitutional proceedings.

C. ORDER such other and further relief as the court deems just and proper in *Equity*.

*Maxim: "Equity regards as done that which ought to have been done."*

Respectfully Submitted

*Allen Robert Johnson™*
Allen Robert Johnson®
QP-3217
801 Butler Pike
Mercer, Pennsylvania 16137

## UNDER PENALTY OF PERJURY

I, Allen Robert Johnson® declare (certify, verify or state) under Penalty of Perjury that the foregoing facts are true and correct.

Executed on this 29th day of September 2025

Respectfully Submitted

*Allen Robert Johnson™*
Allen Robert Johnson®
QP-3217
801 Butler Pike
Mercer, Pennsylvania 16137

A True Copy from the Record
ATTEST:
Frank Scandale, CLERK OF COURTS
Clerk of Courts
My Term expires: 1st Monday of January, 2020
(seal)



MD- 550-19

Above This Line Reserved For Official Use Only

# ACTUAL NOTICE OF CAUSE OF ACTION by Allen Robert Johnson: My Perfected American Admiralty Alien and Life Estate Deed.

*ADMIRALTY LIEN: A lien on a Vessel enforceable by a suit in rem in Admiralty for repairs, supplies, towage, use of dry dock or marine railway, or other Necessaries furnished to the Vessel. 2 Am J2d Adm § 124.*

*In Common Law and Statutory Law; a Life Estate is the ownership of land and property for the duration of a person's life. In legal terms it is an estate in real property that ends at death when ownership of the property may revert to the original owner, or it may pass to another person.*

This American Admiralty Alien and Life Estate Deed is made on this the **17th day of June, 2019**, between the Grantor: **Allen; of the American estate of Johnson**; located at the Safe Harbor address: **c/o 860 E. Maiden Street Washington Pennsylvania 15301-3726** and the GRANTEE: **Allen Robert Johnson; Ostensible Agent** per EIN # **84-1812445** for the **ALLEN ROBERT JOHNSON PRIVATE BANK E&T**; as a not for hire, non-profit and tax exempt private bank located at the Safe Harbor address: **860 East Maiden Street Washington Pennsylvania 15301-3726**

WITNESSETH, That the Grantor, as the American Admiralty Alien Holder in Due Course for good and valuable consideration paid by the GRANTEE, the receipt of which is hereby acknowledged, does Grant, Sell and Convey unto the said GRANTEE, all the rights, title, interest, claim or demand that the Grantor may have in the following described real property.

With this NOTICE all Alien Property Custodians (U.S. Trustee, Attorney Generals and Vicar Generals) will also be noticed that they are being lawfully oustered from their Custodian positions and are to remove all barriers over my Alien Properties. All Corporate Governmental Constructed "Letter of Credit" Contracts and Credit Receipt Deposits are Admiralty Ordered **TERMINATED** and **LIQUIDATED** due to their fraudulent concealments and the contract account Credit Assets are to be probated (*Brokered*), released and turned over to the GRANTEE; by the submitted forms **sav-1455, sav-1522** and **ST-1047** within **5 banking days** from their delivery date to the appropriate governmental Alien Property Custodian.

Legal Description of all property, Aliened Titles, Security Certificates and other Assets: as they have been used as my promisee's signature "Letters of Credit" releases to allow the Promisors to construct lien contracts known as **Bondable Marketable Titles** and **Entitlement Securities** by the Custodian's for their corporate hiring's and beneficial corporate profits known as the following:

1. The **Allen Robert Johnson** – Birth Certificate # **0003999129**, as a Foreign Grantor Trust per EIN # **98-6092533** Claim against the Credits of the American Admiralty Treasury Trust.

2. The **ALLEN JOHNSON** - Social Security Card and Account # **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** as an ESTATE asset per EIN # **83-6635090**, an individual and general Credit Claim against the UNITED STATES BANKRUPT TRUST Reserve Funds.

3. The **JOHNSON, ROBERT ALLEN**– PENNSYLVANIA Driver's License and Identification Card per # **24309755**, as an ESTATE asset per EIN # **83-6635090**, a general Credit Claim against the STATE OF PENNSYLVANIA BANKRUPT TRUST – CAFR Fund.

Continuation of ACTUAL NOTICE OF CAUSE OF ACTION by Allen Robert Johnson:

4. The **JOHNSON, ROBERT ALLEN** – PENNSYLVANIA Voter's Registration Card per # <u>103006201-63</u>, as an ESTATE asset per EIN # <u>83-6635090</u>, a general Credit Claim against the STATE OF PENNSYLVANIA BANKRUPT TRUST – CAFR Fund.
5. All of the **JOHNSON, ROBERT ALLEN** – PENNSYLVANIA Traffic Appearance, Court and Incarceration Bonds using account numbers: <u>197569534</u> and/or <u>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</u> are ESTATE Assets per EIN #<u>83-6635090</u> and a general Credit Claim against the STATE OF PENNSYLVANIA BANKRUPT TRUST – CAFR Fund.
6. The **ALLEN ROBERT JOHNSON** – Pennsylvania Marriage Registration Certificate per DISTRICT NAME: **TOWN OF WAYNESBURG**, DISTRICT NO. <u>0033787</u> and LOCAL Register NO. <u>72</u>, as an ESTATE asset per EIN # <u>83-6635090</u>, a general Credit Claim against the STATE OF PENNSYLVANIA BANKRUPT TRUST – CAFR Fund.

**EXPRESSLY RESERVING** - Life Estate in the above described property unto the **Grantor** and its assigns. The Grantor shall have full ownership, possession and use of the property, as well as the rents, revenues and profits generated by the property during the term of the **Grantor's natural life**.

Upon the **expiration of the Grantor's natural life**, the ownership, possession, use, rents, revenues and profits of the above described property and assets shall revert to the **GRANTEE** for their final distributions.

EXECUTED this day of <u>17, JUNE</u>, 20<u>19</u>.   Grantor's Name: <u>Allen Robert Johnson</u>

Grantor's Signature: _____

---

**STATE OF PENNSYLVANIA**
**COUNTY OF WASHINGTON**

On this day **Allen Robert Johnson**; personally appeared before me, known to me or proven to be the person described above and who executed this instrument and acknowledged that **he** signed the same as **his** voluntary act and deed, for the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed on this day of <u>17, JUNE</u>, 20<u>19</u>.

Notary's Title of Office: <u>CLERK OF COURTS</u>.

My commission expires <u>9/3/2020</u>.   Notary's Public Signature: _____
(Under notary seal)

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
FRANK J. SCANDALE, Notary Public
Washington City, Washington County
My Commission Expires September 3, 2020

## **PROOF OF SERVICE**

I, Allen Robert Johnson®, do certify, affirm that the Extraordinary Writ of Habeas Corpus was mailed *via* Cerfied Mail to the Clerk and First Class Mail to the Defendants on this 29th day of September 2025

United States Courthouse
Clerks Office
700 Grant Street
Room 3110
Pittsburgh, Pennsylvania 15219

Judge Elliot Howsie
711 City County Building
414 Grant Street
Pittsburgh, Pennsylvania 15219

Steven Zappalla
Allegheny District Attorney
436 Grant Street
303 Courthouse
Pittsburgh, Pennsylvania 15219

Allegheny County Clerk of Courts
436 Grant Street
Room #115
Pittsburgh, Pennsylvania 15219

Superintendent Melinda Adams
801 Butler Pike
Mercer, Pennsylvania 16137


By: *Allen Robert Johnson*™
   Allen Robert Johnson®
   QP-3217
   801 Butler Pike
   Mercer, Pennsylvania 16137